EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 0 2002

at 1 o'clock and 15 min P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00125 SOM |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | 18 U.S.C. § 1344 |
| TERRY J. HACKER, | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

Introduction

1. At all times material to the Indictment, Hawaii Federal Credit Union was a "financial institution" as defined in Title 18, United States Code, Section 20.

2. At all times material to the Indictment, TERRY J. HACKER was employed by the Hawaii Federal Credit Union as a loan manager.

The Scheme to Defraud

3. From on or about November 1998 to on or about December 1999, in the District of Hawaii, TERRY J. HACKER, knowingly executed and attempted to execute a scheme and artifice to defraud Hawaii Federal Credit Union and to obtain any of the moneys and funds owned by, and under the custody and control of Hawaii Federal Credit Union by means of false or fraudulent pretenses, representations, and promises, as more fully set forth below.

4. It was part of the scheme and artifice to defraud Hawaii Federal Credit Union and to obtain any of the moneys and funds owned by, and under the custody and control of Hawaii Federal Credit Union by means of false or fraudulent pretenses, representations, and promises, that TERRY J. HACKER, among other things, did the following:

    a. Authorized loan accounts for an account holder who would not have been eligible to obtain said loans;

    b. Authorized loan accounts for an account holder without the account holder's knowledge or consent;

    c. Made deposits and withdrawals to the loan accounts without the knowledge or consent of the account holder to conceal the unauthorized loan accounts; and

    d. Facilitated the withdrawal of the proceeds of the loan accounts to benefit himself and others.

Execution of the Scheme to Defraud

      5. For the purpose of executing the scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Hawaii Federal Credit Union by means of false or fraudulent pretenses, representations, and promises, TERRY J. HACKER, executed and caused the scheme to be executed as set forth below:

| Count | Date | Description |
| --- | --- | --- |
| 1 | March 25, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 115665 made payable to NCO Financial in the amount of $1,975.33 |
| 2 | April 16, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 116402 made payable to a person identified in this indictment as "O.C." in the amount of $2,000 |
| 3 | May 17, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 117328 made payable to a person identified in this indictment as "R.M." in the amount of $2,500 |
| 4 | July 8, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check 118965 number made payable to "R.M." in the amount of $1,200 |
| 5 | July 26, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 119453 made payable to "R.M." in the amount of $3,900 |

3

| | | |
|---|---|---|
| 6 | August 25, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 120414 made payable to "R.M." in the amount of $2,500 |
| 7 | September 14, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 121145 made payable to "R.M." in the amount of $3,000 |
| 8 | October 1, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 121744 made payable to "R.M." in the amount of $2,700 |
| 9 | October 18, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 122229 made payable to "R.M." in the amount of $2,000 |
| 10 | November 1, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 122734 made payable to "R.M." in the amount of $2,500 |
| 11 | November 18, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 123199 made payable to NCO Financial in the amount of $4,562.87 |
| 12 | November 23, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 123391 made payable to Japan Airlines in the amount of $1,600 |
| 13 | November 29, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 123527 made payable to First Premier Bank in the amount of $3,500 |
| 14 | November 29, 1999 | Submitted check journal voucher to issue Hawaii Federal Credit Union check number 123528 made payable to Japan Airlines in the amount of $1,500. |

All in violation of Title 18, United States Code, Section 1344.

DATED: __4/10__, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY


EDWARD H. KUBO
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney




United States v. Terry J. Hacker
Cr. No. _____
"Indictment"

5